1
2
3
4
5
6
7

8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10

11    MARA R.,[1]                        Case No. 5:23-cv-01909-JWH-SSC

12                    Plaintiff,

13          v.                           **JUDGMENT**

14    MARTIN J. O'MALLEY,[2]
      Commissioner of Social Security,
15
                      Defendant.
16

17
18
19
20
21
22
23
24

---

[1]      Plaintiff's name is partially redacted in accordance with
Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the
recommendation of the Committee on Court Administration and Case
Management of the Judicial Conference of the United States.

[2]      The Commissioner's name has been updated in accordance with
the requirements of Rule 25(d) of the Federal Rules of Civil Procedure.

1        Pursuant to the Order Accepting Findings, Conclusions, and

2    Recommendations of United States Magistrate Judge,

3        It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the

4    decision of the Commissioner is **AFFIRMED**.

5        **IT IS SO ORDERED.**

6

7    DATED:August 12, 2024

8             HONORABLE JOHN W. HOLCOMB
              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28